# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Simon, Michael H. | U.S. District Court, Oregon | 04/24/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

1327 United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Classroom Law Project |
| 2. | Member (minority interest; no control or managerial responsibility) | Innsmouth Partners, L.L.C. (motion picture production company based in Hillsboro, OR; holds no investments) (See Part VIII, line 1) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Samuel French, Inc. (theatrical royalties for "The Odd Couple") | $17,898.00 |
| 2. 2016 | Tams-Witmark Music Library, Inc. (theatrical royalties for "Promises, Promises") | $730.00 |
| 3. 2016 | International Authors Society (theatrical royalties for "The Odd Couple") | $21,493.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | U.S. House of Representatives (spouse's wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/24/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U S Bank NA (checking and savings) | A | Interest | M | T | | | | | |
| 2. OnPoint Community Credit Union (checking and savings) | A | Interest | L | T | | | | | |
| 3. Northwestern Mutual Life Ins. (whole life insurance cash value) | C | Dividend | M | T | | | | | |
| 4. Gold coins | | None | L | T | | | | | |
| 5. Innsmouth Partners, L.L.C. (See Part VIII, line 1 ) | | None | J | U | | | | | |
| 6. Bonamici for Congress (spouse campaign loan) (See Part VIII, line 2) | | None | L | U | | | | | |
| 7. Vanguard Brokerage Account (H) | | | | | | | | | |
| 8. -- Vanguard 500 Index mut. fund | D | Dividend | O | T | Buy (add'l) | 05/26/16 | L | | |
| 9. | | | | | Buy (add'l) | 12/27/16 | M | | |
| 10. -- Vanguard Capital Opportunity mut. fund | D | Dividend | | | Sold | 12/27/16 | M | E | |
| 11. -- Vanguard Emerging Markets Stock Index mut. fund | B | Dividend | | | Sold | 12/27/16 | L | C | |
| 12. -- Vanguard Energy mut. fund | B | Dividend | M | T | Buy (add'l) | 12/28/16 | M | | |
| 13. -- Vanguard European Stock Index mut. fund | B | Dividend | | | Sold | 12/27/16 | L | A | |
| 14. -- Vanguard Explorer mut. fund | D | Dividend | | | Sold (part) | 05/26/16 | L | D | |
| 15. | | | | | Sold | 12/27/16 | M | D | |
| 16. -- Vanguard Global ex-U.S. Real Estate Index mut. fund | D | Dividend | | | Sold | 12/28/16 | M | A | |
| 17. -- Vanguard Health Care mut. fund | D | Dividend | | | Sold | 12/28/16 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Vanguard PRIMECAP mut. fund | D | Dividend | M | T | Buy (add'l) | 05/26/16 | K | | |
| 19. -- Vanguard REIT Index mut. fund | D | Dividend | O | T | Buy (add'l) | 12/27/16 | M | | |
| 20. | | | | | Buy (add'l) | 12/28/16 | M | | |
| 21. -- Vanguard Small-Cap Index mut. fund | C | Dividend | N | | Buy (add'l) | 12/27/16 | M | | |
| 22. Ameriprise Brokerage Account (H) | | | | | | | | | |
| 23. -- Ameriprise cash holding account | A | Interest | M | T | | | | | |
| 24. -- Oregon State Dept. of Admin. Services municipal bond | C | Interest | M | T | | | | | |
| 25. -- Blackrock Strategic Inc. Opptys Investor Class A mut. fund | B | Dividend | L | T | Buy | 01/20/16 | J | | |
| 26. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 27. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 28. | | | | | Sold (part) | 10/21/16 | J | A | |
| 29. -- Blackrock High Yield Bond Investor Class A mut. fund | B | Dividend | L | T | Buy | 07/21/16 | L | | |
| 30. | | | | | Sold (part) | 10/21/16 | J | A | |
| 31. -- Active Portfolio Multi Manager Small Cap Equity Class A mut. fund | A | Dividend | L | T | Sold (part) | 01/20/16 | J | A | |
| 32. | | | | | Sold (part) | 04/25/16 | J | A | |
| 33. | | | | | Sold (part) | 07/21/16 | J | A | |
| 34. | | | | | Sold (part) | 10/21/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Active Portfolio Multi Manager Growth Class A mut. fund | D | Dividend | M | T | Buy | 01/20/16 | M | | |
| 36. | | | | | Sold (part) | 04/25/16 | J | A | |
| 37. | | | | | Sold (part) | 07/21/16 | K | B | |
| 38. | | | | | Sold (part) | 10/21/16 | J | A | |
| 39. -- Active Portfolio Multi Manager Value Class A mut. fund | D | Dividend | M | T | Buy (add'l) | 01/20/16 | J | | |
| 40. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 41. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 42. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 43. -- Active Portfolio Multi Manager Directional Alt. Class A mut. fund | A | Dividend | K | | Buy | 10/21/16 | K | | |
| 44. -- Columbia Disciplined Growth Cl. A mut. fund | | | | | Sold | 01/20/16 | M | A | |
| 45. -- Columbia Select Large Cap Growth Class A mut. fund | | | | | Sold | 01/20/16 | M | D | |
| 46. JPMorgan Large Cap Growth Class A mut. fund | D | Dividend | L | T | Buy | 01/20/16 | L | | |
| 47. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 48. | | | | | Sold (part) | 07/21/16 | J | B | |
| 49. | | | | | Sold (part) | 10/21/16 | J | B | |
| 50. -- MFS Municipal High Inc. Class A mut. fund | B | Dividend | K | T | Buy (add'l) | 01/20/16 | J | | |
| 51. | | | | | Buy (add'l) | 04/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 53. -- MFS International Value Class A mut. fund | B | Dividend | L | T | Buy (add'l) | 01/20/16 | J | | |
| 54. | | | | | Sold (part) | 04/25/16 | J | A | |
| 55. | | | | | Sold (part) | 07/21/16 | K | B | |
| 56. | | | | | Sold (part) | 10/21/16 | J | A | |
| 57. -- MFS Value Class A mut. fund | C | Dividend | M | T | Sold (part) | 01/20/16 | J | B | |
| 58. | | | | | Sold (part) | 04/25/16 | J | B | |
| 59. | | | | | Sold (part) | 07/21/16 | J | A | |
| 60. | | | | | Sold (part) | 10/21/16 | J | C | |
| 61. Nuveen Interm. Duration Mun. Bond Class A mut. fund | C | Dividend | M | T | Buy | 01/20/16 | L | | |
| 62. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 63. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 64. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 65. -- Oppenheimer International Growth Class A mut. fund | A | Dividend | L | T | Buy (add'l) | 01/20/16 | J | | |
| 66. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 67. | | | | | Sold (part) | 07/21/16 | K | A | |
| 68. | | | | | Sold (part) | 10/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Prudential Jennison Mid Cap Growth Class A mut. fund | C | Dividend | K | T | Buy (add'l) | 01/20/16 | J | | |
| 70. | | | | | Sold (part) | 04/25/16 | J | A | |
| 71. | | | | | Sold (part) | 07/21/16 | J | A | |
| 72. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 73. -- Wells Fargo Advantage Emerging Markets Equity Class A mut. fund | A | Dividend | K | T | Buy (add'l) | 01/20/16 | J | | |
| 74. | | | | | Sold (part) | 04/26/16 | J | A | |
| 75. | | | | | Sold (part) | 07/21/16 | J | A | |
| 76. | | | | | Sold (part) | 10/21/16 | J | A | |
| 77. -- Wells Fargo Advantage Municipal Bond Class A mut. fund | A | Dividend | | | Sold | 01/20/16 | M | D | |
| 78. -- Wells Fargo Advantage Short Term Municipal Bond Class A mut. fund | A | Dividend | K | T | Sold (part) | 01/20/16 | J | A | |
| 79. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 80. | | | | | Sold (part) | 07/21/16 | J | A | |
| 81. | | | | | Sold (part) | 10/21/16 | J | A | |
| 82. -- Wells Fargo Advantage Special Mid Cap Value Class A mut. fund | A | Dividend | L | T | Buy (add'l) | 01/20/16 | J | | |
| 83. | | | | | Sold (part) | 04/25/16 | J | A | |
| 84. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 85. | | | | | Sold (part) | 10/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -- Western Asset Interm. Term Municipal Class A mut. fund | C | Dividend | M | T | Sold (part) | 01/20/16 | J | A | |
| 87. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 88. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 89. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 90.  -- Franklin Templeton Growth Allocation Class A mut. fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part I, line 2 and Part VII, line 5. Innsmouth Partners, L.L.C. is a movie production company based in Hillsboro, OR. It holds no investments. My wife and I own a minority interest and exercise no control or managerial responsibility.

2. Part VII, line 6. On November 28, 2016, the Bonamici for Congress campaign made a partial repayment in the amount of $50,000 to my spouse on her personal loan to the campaign.

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/24/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael H. Simon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544